IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAL BENNETT, | : | Civil No. 4:25-CV-1349 |
| Plaintiff, | : | |
| v. | : | |
| THOMAS HEAP, | : | (Magistrate Judge Carlson) |
| Defendant. | : | |

# ORDER

AND NOW, this 14th day of January 2026, in accordance with the accompanying Memorandum IT IS ORDERED that we GRANT the pending motions to quash (Docs. 19, 21), at this time without prejudice to renewal of discovery, if necessary, following resolution of the pending motion to dismiss.

*S/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge